UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| **PAUL NGOBENI** ) | CASE NO. 3-02-CV-1124 (MRK) |
| VS ) | |
| ) | OCTOBER 10, 2003 |
| **SHARON HARPER** ) | |

U.S DISTRICT COURT
NEW HAVEN, CONN.

**PLAINTIFFS' VERIFIED RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

   **PAUL M. NGOBENI**, affirm under penalty of perjury and declare and state as follows:

   1.   Prior to September 17, 2003 and September 23, 2003, this Court issued notices for scheduled Status Conference Calendar in the above-entitled matter. In addition, defendant's counsel also mailed a letter in which he attempted to inform plaintiff of the September 23, 2003 hearing before this Court. Unfortunately, all of the correspondence together with other mail intended for plaintiff was delivered by the post office to **suite 204**, an office adjacent to that of the undersigned which has been empty or unoccupied for at least the past six months. The plaintiff first became aware of the September 23, 2003 in the evening of that day when he listened to a telephone message left by the Clerk of this Court after the hearing. The letters from this Court and defendant's counsel were handed to plaintiff by the cleaning crew on September 27, 2003 some days after the conference had already taken place.

   2.   It would be unfair, inequitable and contrary to the declared federal courts policy of deciding cases on the merits to impose sanctions of any kind on plaintiff for alleged failure to prosecute under these circumstances.

   3.   Plaintiff is ready to have his case tried forthwith.

RESPECTFULLY SUBMITTED
PLAINTIFF

BY: /s/ *signature*
Paul M. Ngobeni
Federal Bar No. ct08187
914 Main Street, Suite 206
East Hartford, CT 06108
(860) 289-3155
Fax (860) 282-7479

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent via first Class mail to the following counsel for defendants this 14th day of October 2003:

Francis Miniter
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106