UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Paul Ngobeni, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv1124 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Sharon Harper, | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

The parties having conferred with the Court on November 13, 2003, regarding the above captioned case, the following changes to the schedule are ordered:

1. Plaintiff will file an amended complaint by **November 20, 2003**.

2. The Joint Trial Memorandum will be filed by **December 8, 2003**, pursuant to the existing instructions from Judge Arterton.

3. A final pretrial conference will be held on **December 17, 2003**, at 3:00 p.m.

4. The case will be trial ready by **January 6, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz        

U.S.D.J.

Dated at New Haven, Connecticut: November 13, 2003