UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 13, 2003

10:15 a.m.

CASE NO. **3:02cv1124**    <u>Ngobeni v Harper</u>

Francis A. Miniter
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106-5100

Paul M. Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108

STATUS CONFERENCE HELD

DATE: 11/13/03

5 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK