HONORABLE M. R. Kravitz
CT/cvmhrg (January 10, 2002)
DEPUTY CLERK K. Ghilardi    RPTR/ERO/TAPE K. Falcone

TOTAL TIME: ___ hours ___ minutes

DATE Dec 17, 2003    START TIME 3:05pm    END TIME 4:00pm
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Ngobeni

CIVIL NO. 3:02cv1124 mrk

vs.

Paul M. Ngobeni
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Harper

Francis A. Miniter
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #25    Motion Mot. to Disqualify Counsel    ☐ granted ☐ denied ☑ advisement
☐ #__    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #__    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #__    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #__    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #__    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ #__    Motion _____    ☐ granted ☐ denied ☐ advisement
☐         Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐         Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐         Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐         Oral Motion _____    ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☐ filed ☐ docketed (repeated)

_____ Hearing continued until _____ at _____