UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL NGOBENI )
Plaintiff )
 )
VS. )
 ) CIVIL ACTION NO: 3:02CV1124 (MRK)
SHARON HARPER )
Defendant )
 ) December 15, 2003

FILED
Dec 17  1 28 PM '03

## MOTION TO STRIKE

Pursuant to FED. R. CIV. P. 12(f), the Defendant Sharon Harper moves the Court to Strike the following paragraphs from the Plaintiff's Amended Complaint dated December 4, 2003 for the following reasons:

**Paragraph 10**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 11** as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 12** in it's entirety, as is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;  in the alternative, **Paragraphs 12a through 12r**, as they are redundant as well as immaterial to Plaintiff's causes of action.

**Paragraph 13**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 14**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 15**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 16**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 17**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 18**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 19**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 24**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 25**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 26:** as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 27**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 28:** as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 29:** as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 30:** as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 31**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 32:** as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 33:** as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 34**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 35**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

**Paragraph 40 (b)**: as it is immaterial to the Plaintiff's Vexatious Litigation and Slander claims;

                                            THE PLAINTIFF

                                            By_____
                                            Francis A. Miniter, her attorney
                                            Miniter & Associates
                                            147 Charter Oak Avenue
                                            Hartford, CT 06106
                                            860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record on December 16, 2003:

Paul M. Ngobeni, Esq.
914 Main Street Suite 206
East Hartford, CT 06108

Francis A. Miniter