UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Ngobeni

v.                                Case Number:   3:02cv1124 MRK

Harper

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>December 18, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 17, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, December 18, 2003.


KEVIN F. ROWE, CLERK

By: *Kenneth R. Ghilardi*
Kenneth R. Ghilardi
Deputy Clerk