UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
**FILED AT      NEW HAVEN**

December 17, 2003
Kevin F. Rowe, Clerk

By: Ken Ghilardi
Deputy Clerk

| | | |
|---|---|---|
| PAUL NGOBENI | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO: 3:02CV1124 (MRK) |
| | ) | |
| SHARON HARPER | ) | |
| Defendant | ) | December 10, 2003 |

### Proposed Voir Dire

1. Name of present employer?

2. Job duties?

3. Have you ever taken any courses in law?

4. Do you know of any of the lawyers in this case?

5. Do you know of any of the following persons who are listed as witnesses? (List names on pretrial list).

6. Have you or a member of your immediate family ever filed a lawsuit?

7. Have you or a member of your immediate family ever filed a grievance against an attorney?

8. If the evidence showed that plaintiff was entitled to recover a very large amount of money would you have any difficulty in voting to make such a large award?

9. Have you ever served on a jury before?

10. Do you understand that in a civil case plaintiff only has the burden of proving his case by a preponderance of the evidence? Do you understand plaintiff does not have to prove his case beyond a reasonable doubt as in a criminal case?

11. Will you follow the instructions of law of the court concerning circumstantial indirect

evidence and your right to make inferences and draw conclusions from circumstantial evidence even though there may be no direct evidence?

12. At the end of the case when you retire to deliberate, will you vote according to your conscience?

13. Will you base your decision solely upon the evidence and law and not upon the sympathy or personal dislike of any of the parties, witnesses, or lawyers?

14. Do you know of any fact or reason which would tend to make you biased or prejudiced for or against any of the parties?

15. Do you know of any reason why you cannot give my client a fair trial?

16. Have you any fixed ideas relative to anyone who files a lawsuit which would affect your judgment as a fair and impartial juror?

17. Have you any preconceived ideas about this type of case which would affect your judgment as a fair and impartial juror?

PLAINTIFF

By _____
Francis A. Miniter
Miniter & Associates
100 Wells Street #1D
Hartford, CT 06106
Tel: 860-560-2590
Fed Bar No: ct09566