UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 27  3 08 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

PAUL NGOBENI                )
   Plaintiff              )
                            )
VS.                         )    CIVIL ACTION NO: 3:02CV1124 (MRK)
                            )
SHARON HARPER               )
   Defendant              )    February 25, 2004

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.CIV.R. 7(e), the undersigned hereby moves to withdraw as Plaintiff's Counsel in the above entitled matter. The Plaintiff has failed to cooperate and communicate with the undersigned in the settlement of this matter.

A copy of this Motion has been mailed, certified mail, return receipt requested, to the Plaintiff. This Motion is intended to serve as notice to the Plaintiff that, pursuant to L.CIV.R. 7(e), the Court may grant this Motion if Plaintiff fails to engage successor counsel or file a pro se appearance in this matter.

WHEREFORE, the undersigned requests that the court grant this Motion should Plaintiff not engage successor counsel or file a pro se appearance within a reasonable amount of time.

                                        THE PLAINTIFF

                                        By_____
                                        Francis A. Miniter, her attorney
                                        Miniter & Associates
                                        100 Wells Street Unit 1-D
                                        Hartford, CT 06103
                                        860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record on February 26, 2004:

Paul M. Ngobeni, Esq.
914 Main Street Suite 206
East Hartford, CT 06108

Sharon Harper          (VIA CERTIFIED MAIL # 7002 0510 0004 5048 5111)
2901 Waldoah Beach Road
Louisville, KY 40207

Francis A. Miniter