## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| PAUL NGOBENI, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:02cv1124 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| SHARON HARPER, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

In view of the fact that this case was terminated on January 27, 2004, Defendant's Counsel's Motion to Withdraw as Counsel [doc. #36] is DENIED.

IT IS SO ORDERED.

/s/       Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: March 8, 2004