UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL NGOBENI, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv1124 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SHARON HARPER, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

In light of Plaintiff's representations in his Motion to Reopen and Reinstate Case on Docket [doc. #38], Defendant is ordered to show cause by **April 28, 2004** why this case should not be reopened and the settlement not be enforced.

IT IS SO ORDERED.

/s/   Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: April 14, 2004