UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

APR 21  1 22 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| PAUL NGOBENI<br>Plaintiff | )<br>)<br>) |
| VS. | ) CIVIL ACTION NO: 3:02CV1124 (JBA)<br>) |
| SHARON HARPER<br>Defendant | )<br>)<br>) April 20, 2004 |

## OBJECTION TO PLAINTIFF'S MOTION TO REOPEN

The Defendant hereby objects to Plaintiff's Motion to Reopen in that it was not filed in a timely manner. In addition, the Plaintiff mischaracterizes the events as they occurred, as he ignored Defendant's counsel's phone calls and letters.

The parties conducted a settlement conference with the Court on December 17, 2003. It was agreed that Defendant would pay Plaintiff the sum of $1,500 and the Plaintiff would prepare the mutual releases. The Court ordered that the case would be dismissed if closing papers were not filed by January 17, 2004.

In January, 2004, Defendant's counsel called Plaintiff several times and left messages for him reminding him that he was to prepare the mutual releases. On January 19, 2004, Defendant's counsel faxed him a letter again reminding him that the releases had not yet been provided. (Attached as Exhibit A).

The Court ordered the complaint dismissed on January 27, 2004, without prejudice to the right of any party to move to reopen within 30 days upon good cause shown. (Attached as Exhibit B)

On February 9, 2004, almost two months after the settlement conference and after the case had already been dismissed, the Plaintiff finally provided the releases for Defendant's review. On

February 25, 2004, Defendant's counsel moved to withdraw as counsel. On February 26, 2004, Plaintiff e-mailed Defendant's counsel, demanding payment in hand by noon on February 27, 2004 or that he would file a Motion to Reopen. (Attached as Exhibit C). The Plaintiff allowed February 27 to go by without filing a Motion to Reopen. Indeed, he allowed all of March and almost half of April to go by without filing the Motion to Reopen.

The Plaintiff has delayed the settlement process and has not moved to reopen in a timely manner. Given the above timeline, Plaintiff was well aware of the deadline to file the Motion to Reopen and he chose to ignore it. Plaintiff cannot now show good cause to reopen the case.

WHEREFORE, the Defendant requests that the Court deny Plaintiff's Motion to Reopen.

THE PLAINTIFF

By _____
Francis A. Miniter, her attorney
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record on February ___, 2004:

Paul M. Ngobeni, Esq.
914 Main Street Suite 206
East Hartford, CT 06108

Francis A. Miniter

# Miniter and Associates
### Attorneys At Law
100 Wells Street Suite 1D
Hartford, Connecticut 06103

860-560-2590   (Phone)
860-560-3238   (Fax)

Francis A. Miniter   CT, NY

Daniel C. Spineti           CT
Christine E. Corriveau      CT

Christine E. Corriveau  (X213)
e-mail: cecorriveau@hotmail.com

January 19, 2004


VIA FACSIMILE: 282-7479

Paul M. Ngobeni, Esq.
914 Main Street Suite 206
East Hartford, CT 06108

Re: Ngobeni v. Harper

Dear Mr. Ngobeni,

I have been trying to reach you by telephone but have been unsuccessful. I understand from Attorney Miniter that you were to be providing mutual releases in return for a settlement check from Ms. Harper. To date we have not received the mutual releases for execution. Please forward them to us at your earliest convenience. Also, please note our new mailing address is 100 Wells Street Suite 1D, Hartford, CT 06103.

If you have any questions, please do not hesitate to call me.

Very truly yours,

Christine E. Corriveau

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

PAUL M. NGOBENI
v.                                    3:02cv1124 MRK

SHARON A. HARPER

### JUDGMENT

Notice having been sent to counsel of record on December 18, 2003, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before January 17, 2004.

No closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 27th day of January, 2004.

KEVIN F. ROWE, Clerk

By _Kenneth R. Ghilardi_
Kenneth R. Ghilardi
Deputy Clerk

EOD: 1/29/04



**Hotmail**　　　　Home | Inbox | Compose | Calendar | Contacts　　Options | Help

cecorriveau@hotmail.com　　　　　　　　　　　　　　　　Free Newsletters | MSN Featured Offer

✉ Reply | ✉ Reply All | ➔ Forward | ✗ Delete | ⊘ Block | ✉ Junk ▼ | 📁 Put in Folder ▼ | 🖨 Print View | 💾 Save Address

| | | |
|---|---|---|
| From : | \<NGOBENILAW@aol.com\> | ▲ \| ▼ \| ✗ \| 🏛 Court \| 📧 Inbox |
| Sent : | Thursday, February 26, 2004 12:00 PM | |
| To : | miniter@attglobal.net, cecorriveau@hotmail.com | |
| CC : | cecorriveau@hotmail.com | |
| Subject : | NGOBENI VS. HARPER | |

```
Dear Attorneys Miniter and Corriveau:
    This will confirm the following: You received the release and settlement
agreement I sent you on February 9, 2004.  You subsequently called me to state
that the language of the agreement was acceptable to you.  I have called you no
less than six times over the three weeks period to inquire as to when I can
expect to receive the check especially given Francis Miniter's representation in
December 2003 that he would get his client to send a check right away.  Needless
to say that my messages have been ignored and my calls have not been returned.

You are hereby notified that unless I receive the check IN HAND BY NOON on
February 27, 2004, I will file a motion with the Judge's chambers requesting
that the matter be reinstated on the jury docket.


Paul M. Ngobeni
```

✉ | ✉ | ➔　　　　　　　　　　　　　　　　　▲ | ▼ | ✗ | 🏛 Court | 📧 Inbox



Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat　　　　Feedback | Help

© 2004 Microsoft Corporation. All rights reserved. TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy