# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

PAUL NGOBENI,                           :
                                        :
                        Plaintiff,      :       NO.    3:02cv1124 (MRK)
                                        :
v.                                      :
                                        :
                                        :
SHARON HARPER,                          :
                                        :
                        Defendant.      :

## ORDER

Plaintiff's Motion to Reopen and Reinstate Case on the Docket [doc. #38] is GRANTED for the limited purpose of enforcing the settlement agreement. The Court hereby enforces the settlement agreement reported to the Court on December 18, 2003. Plaintiff and Defendant will exchange fully executed mutual releases and Defendant will pay Plaintiff $1500 no later than **May 21, 2004**. Plaintiff's request for costs and fees is denied without prejudice.  However, if the $1500 is not paid and/or the mutual releases are not executed and exchanged by May 21, 2004,  the Court will consider imposing costs and fees or any other appropriate sanction.   No later than **May 22, 2004**, the parties shall file written reports with the Court regarding compliance with this Court's order.


                                IT IS SO ORDERED.

                        /s/         Mark R. Kravitz

                                        U.S.D.J.


Dated at New Haven, Connecticut: April 23, 2004