## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL NGOBENI | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO: 3:02CV1124 (MRK) |
| | ) | |
| SHARON HARPER | ) | |
|     Defendant | ) | MAY 25, 2004 |

### MOTION FOR SANCTIONS

The Defendant in the above captioned matter requests that the court issue sanctions against the Plaintiff for failing to cooperate with the Court's order of April 23, 2004, requiring the parties to settle this matter by May 21, 2004 as per Agreement.

Defendant's Counsel has repeatedly contacted Plaintiff by e-mail and voice mail, as further detailed in the affidavit attached hereto, requesting that he contact the office so that we may obtain his signature on the settlement agreement.  He has failed and refused to return the call.  See the Affidavit of Christine E. Corriveau, attached hereto.

Defendant requests that appropriate sanctions be ordered, including the costs of this motion, and a reversal of the Court's ruling on the Motion to Reopen and Reinstate the Case.


THE PLAINTIFF


By_____
Francis A. Miniter, her attorney
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590 ct09566

<u>CERTIFICATION</u>

     This is to certify that a copy of the foregoing has been mailed to the following counsel of record on May 25, 2004:

Paul M. Ngobeni, Esq.
914 Main Street Suite 206
East Hartford, CT 06108

_____
Francis A. Miniter