UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL NGOBENI | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO: 3:02CV1124 (mrk) |
| | ) | |
| SHARON HARPER | ) | |
|     Defendant | ) | MAY 25, 2004 |

STATE OF CONNECTICUT
                          Ss: Hartford        May 25, 2004
COUNTY OF HARTFORD

### AFFIDAVIT OF CHRISTINE E. CORRIVEAU

The undersigned, being over the age of eighteen and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1. That I am attorney employed by Miniter & Associates.

2. That Miniter & Associates received a check from Sharon Harper on the afternoon of Thursday, May 20, 2004 (Copy attached as Exhibit A).

3. That Miniter & Associates received a Settlement Agreement signed by Sharon Harper on the same date (Copy attached as Exhibit B)

4. That I e-mailed Paul Ngobeni on Friday, May 21, 2004 and requested that he contact me so that he could execute the agreement at the same time I exchanged the check.

5. That I left voice messages for Paul Ngobeni on Friday May 21, Monday May 24, and Tuesday May 25, requesting that he contact me so that he could execute the agreement at the same time I exchanged the check and I have not received a response from him.

6. That I have attempted to comply with the court's order that this matter be settled by May 21, 2004.

Dated at Hartford, Connecticut this 25th day of May, 2004.

                                                                                                                       _____  
                                                                                                                       Christine E. Corriveau

Subscribed and sworn to before me this 25th day of May, 2004.

                                                                                                                       _____  
                                                                                                                       Francis A. Miniter  
                                                                                                                       Commissioner of the Superior Court