UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL NGOBENI, | : | |
| Plaintiff, | : | NO.   3:02cv1124 (MRK) |
| v. | : | |
| SHARON HARPER, | : | |
| Defendant. | : | |

### ORDER

Defendant's Motion for Sanctions [doc. #42] is DENIED. The parties are directed to attend a conference at the Court on June 16, 2004 at 9:00 a.m. to which Defendant will bring the check and the Settlement Agreement so as to resolve this matter and close the case.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 7, 2004