UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL M. NGOBENI | : | CIVIL ACTION |
|    Plaintiff | : | NO.  3:02 CV 1124(MRK) |
| vs. | : | |
| SHARON A. HARPER | : | |
|    Defendant | : | JUNE 10, 2004 |

## PLAINTIFF'S RENEWED MOTION TO REOPEN AND REINSTATE CASE ON DOCKET AND FOR FEES AND COSTS

    Plaintiff respectfully renews his motion to reopen the above-entitled matter and to reinstate same on the docket of this Court.   In the alternative, the plaintiff requests that this Court impose significant monetary sanctions on defendant to deter others from engaging in this kind of abusive litigation tactics.  In support of his Motion he states the following:

    1.    On April 23, 2004 this Court issued a clear and unambiguous order enforcing the settlement agreement reported to the Court on December 18, 2003.

    2.    Although mutual releases have been exchanged the defendant has shown once again her utter contempt of this Court's orders and abuse of the process by issuing a stop payment order on the $1500.00 settlement check after she received the signed release from the plaintiff.   The defendant's fraudulent actions and her systematic abuse of the process in this Court are so poisonous in their symbolism and substance that nothing short of serious imposition of sanctions on the defendant will ever put an end to her tactics.  The parties conducted a pretrial conference with the Court followed by lengthy settlement discussions on December 17, 2003.   Thereafter, the defendant falsely communicated to the Court and to the Plaintiff that the matter was settled for $1500.00

and mutual exchanges of releases. The Defendant at no time intended to make any payments or to comply with the terms of her representation to this Court and to plaintiff. Plaintiff made repeated telephone calls to defendant's counsel which were ignored. These were followed up with e-mails after the defendant had indicated **in writing** that a release drafted by plaintiff was acceptable and that payment would be made "in due course." Unbeknownst to the plaintiff, the representations by defendant's counsel were false in that defendant had actually refused to make payments and had allegedly stopped speaking to or communicating with her own counsel. As evidenced by the Motion to Withdraw appearance filed by defendant's counsel, it is clear that the millionaire defendant has engaged in extremely abusive litigation tactics, including lying directly to a federal court judge about her settlement intent.

    3.    On May 20, 2004 Attorney Christine Corriveau sent plaintiff an e-mail in which she claimed that she "***received the settlement check from Sharon Harper today, along with a copy executed by her. I would like to meet with you in person so that you can sign the Release when I hand you the check. Please give me a call to discuss it***." Predictably, all attempts to reach Attorney Corriveau from May 21, 2004 through may 25, 2004 to discuss the "in person" meeting she insisted on were fruitless as she was supposedly "not available." On May 26, 2004, plaintiff met Attorney Corriveau in her office and signed the release. Corriveau presented to the plaintiff a $1500 check issued by defendant Harper. As shown by **Exhibit 1 attached** hereto, defendant at no time intended to make any payments or to comply with the terms of her representation to this Court or this Court's explicit orders.

    **WHEREFORE**, this Court must immediately reinstate the matter on the docket

and impose monetary sanctions of no less than fifteen thousand $15000.00 for the defendant's actions and time spent by plaintiff in an effort to enforce the terms of the parties' settlement agreement.  In the alternative, the Court must order that the above-entitled matter be reinstated on the docket and the original claim and allow an amended vexatious suit and abuse of process claim based on the defendant's outrageous abuse of this Court's process.

**PLAINTIFF**

_____
Paul M. Ngobeni
**LAW OFFICES OF PAUL M. NGOBENI**
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile (860) 282-7479

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first-class on June 11, 2004 to:

Attorney Francis Miniter
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT. 06106

-----------------------------------------------------------
Paul M. Ngobeni