**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

Jun 21   3 13 PM '04

PAUL NGOBENI,                              :

                    Plaintiff,            :        NO.    3:02cv1124 (MRK)   DISTRICT COURT
                                                                            NEW HAVEN, CONN.

v.                                         :

                                           :

SHARON HARPER,                             :

                    Defendant.             :


## RECEIPT

I, Paul Ngobeni, hereby acknowledge receipt of a Cashier's Check dated June 16, 2004, in

the amount of $1525.00, a copy of which is attached hereto.


_06/18/04_
     Date

_Paul Ngobeni_
     Paul Ngobeni

20010  Y1MT5709
05000023

**Cashier's Check**

**PNCBANK**

PNC Bank, National Association
Kentucky

No. 023 014700

21-10/830

Date    JUNE  16, 2004

Pay to the
Order of    ATTORNEY PAUL NGOBENI

ONE THOUSAND FIVE HUNDRED TWENTY FIVE AND NO/100************************    Dollars

$    1,525.00

SHARON HARPER
REMITTER

PNC Bank, National Association
Kentucky
OFFICIAL SIGNATURE

⑆023014700⑆  ⑈083000108⑈  3000ₚ₉₅₂00⑈