UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL NGOBENI, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv1124 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SHARON HARPER, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Plaintiff's Renewed Motion To Reopen and Reinstate Case on Docket and for Fees and Costs [doc. #45] is DENIED. As Plaintiff received full payment of the settlement proceeds on June 18, 2004, and the settlement agreement has been signed by both parties, the case has been settled. Accordingly, the Clerk is directed to close the file.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
            United States District Judge

Dated at New Haven, Connecticut: June 21, 2004