UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday June 16, 2004

9:00 a.m.

CASE NO. **3:02cv1124 MRK**    **Ngobeni v Harper.**

Francis A. Miniter
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106-5100

**STATUS CONFERENCE HELD**

DATE: 6/16/04

one hour

Paul M. Ngobeni
914 Main Street
East Hartford, CT 06108

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK